UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 3:15-mc-00041-HES-JBT

**NEWS AMERICA MARKETING FSI LLC**,

        Plaintiff,

v.

**FOUR CORNERS DIRECT, INC.**,

        Defendant,

And

**SUNTRUST BANK**,

        Garnishee.

_____/

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES
AND SANCTIONS AGAINST GARNISHEE SUNTRUST BANK
AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff NEWS AMERICA MARKETING FSI LLC ("*Plaintiff*"), pursuant to Federal Rule of Civil Procedure 37 and Local Rule 3.04, files this Motion to Compel Discovery Responses and Sanctions against Garnishee Suntrust Bank ("*Garnishee*") and incorporated Memorandum Of Law (the "*Motion to Compel*"), regarding Plaintiff's First Request for Production ("*Request to Produce*").

## I. PRELIMINARY STATEMENT

1. On May 16, 2016, Plaintiff served its Request to Produce on Garnishee.

2. On May 23, 2016, Garnishee filed an Answer [DE 21] stating that Garnishee was indebted to Defendant Four Corners Direct, Inc. ("*Defendant*") in the amount of $3,151.00 through an account with Garnishee.

3. On May 26, 2016, Garnishee sent Plaintiff a deficiency letter, attached hereto as Exhibit A (the "***Letter***"), indicating that Garnishee could not locate records for Defendant and/or could not confirm the designated entity.

4. Also on May 26, 2016, after inquiry from Plaintiff, Garnishee's counsel notified Plaintiff that it had no objections to the Request to Produce.

5. Notwithstanding Garnishee and Defendant's lack of any objection, Garnishee has failed to serve a response to the Request to Produce within the time allotted by the Federal Rules of Civil Procedure.

6. On June 3, 2016 and June 21, 2016 Plaintiff's counsel emailed Garnishee's counsel, and on June 22, 2016 left a voicemail, relating to the Letter but has not received a response from Garnishee as to any of Plaintiff's counsel's inquiries.

7. Based on Garnishee's Answer [DE 21], it is clear that Defendant maintains an account with Garnishee.  Plaintiff requests this Court grant the Motion to Compel, order production of all responsive documents from Garnishee to Plaintiff, and award sanctions for Plaintiff for having to file this Motion to Compel.

## II. **ARGUMENT**

### A. **Applicable Standard**

Local Rule 3.04 provides that a motion to compel shall include:  (A) quotation in full of each request for production to which the motion is addressed; (B) each of which shall be followed immediately by quotation in full of the objection and grounds therefor as stated by the opposing party; or the answer or response which is asserted to be insufficient, (C) immediately

2

**ASSOULINE & BERLOWE, P.A.**
213 East Sheridan Street, Suite 3, Dania Beach, Florida 33004 • Telephone: (954) 929-1899 • Facsimile: (954) 922-6662

followed by a statement of the reason the motion should be granted.[1]  Moreover, when the subject discovery is in aid of execution of a judgment, it is discoverable. *See* prior order of this Court [DE 25], *News America Marketing FSI LLC v. Four Corners Direct, Inc.*, 2016 WL 3332307 (M.D. Fla. June 14, 2016).

B. **Requests for Production**

Pursuant to Local Rule 3.04, the following listing provides the grounds for granting the motion to compel regarding Requests to Produce.  Plaintiff has a judgment against Defendant, and Defendant has not moved to vacate or otherwise challenge the judgment.  Garnishee has the perfunctory task of providing Plaintiff financial information on the Defendant.  Based on Garnishee's Answer [DE 21], that it is indebted to Defendant, it is clear that Garnishee holds financial information relating specifically to Defendant, the judgment debtor.

**Request 1:**

All Account Statements from January 1, 2015 to the present for any accounts held by Four Corners Direct, Inc.

**Request 2:**

All checks images from January 1, 2015 to the present for any accounts held by Four Corners Direct, Inc.

**Request 3:**

All Documents concerning the opening of any accounts held by Four Corners Direct, Inc.

---

[1] Pursuant to Fla. Stat § 655.059(e), confidential materials may be ordered produced by a court of competent jurisdiction. *Berlinger v. Wells Fargo, N.A.*, 2:11-CV-459-FTM-99, 2012 WL 695836, at *5 (M.D. Fla. Mar. 1, 2012) (interrogatory objections overruled to produce information of a non-party).

3

**ASSOULINE & BERLOWE, P.A.**
213 East Sheridan Street, Suite 3, Dania Beach, Florida 33004 • Telephone: (954) 929-1899 • Facsimile: (954) 922-6662

**CASE NO.: 3:15-MC-41-J-20JBT**

**Request 4:**

All Documents from January 1, 2015, to the present, concerning wire transfers, debits, or credits for any accounts held by Four Corners Direct, Inc.

**WHEREFORE** Plaintiff NEWS AMERICA MARKETING FSI LLC moves to compel and seeks sanctions for having to file this Motion to Compel, order that all documents responsive to the Requests to Produce be produced, and such other and further relief as this Court finds just, fair, and equitable.

### III. CERTIFICATE OF GOOD FAITH CONFERENCE

In compliance with M.D. Fla. L.R. 3.01(g), I hereby certify that counsel for Plaintiff attempted to confer in good faith with counsel for Garnishee, via phone and e-mail on several occasions with respect to the issues herein. As indicated above, multiple requests to Garnishee's counsel have gone unanswered.

Dated:  June 22, 2016            Respectfully submitted,

**ASSOULINE & BERLOWE, P.A.**
213 E. Sheridan Street, Suite 3
Dania Beach, Florida 33004
Telephone: (954) 929-1899
Facsimile:  (954) 922-6662

By:    */s/*Eric N. Assouline
Eric N. Assouline (FBN 106143)
ena@assoulineberlowe.com
Greg M. Popowitz (FBN 70313)
gmp@assoulineberlowe.com
Secondary: ah@assoulineberlowe.com

*Attorneys for Plaintiff*
*News America Marketing FSI LLC*

CASE NO.: 3:15-MC-41-J-20JBT

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the methods referenced below this day June 22, 2016 on all counsel or parties of record on the service list indicated below:

By:     s/ *Eric N. Assouline*
        Eric N. Assouline

## SERVICE LIST
*News America Marketing FSI LLC v. Four Corners Direct, Inc.*
**CASE NO.: 3:15-MC-41-J-20JBT**
**United States District Court, Middle District of Florida**

**Via U.S. Mail**

Four Corners Direct, Inc.
Registered Agent: Martin A Lothman
7417 Sanderling Road
Sarasota, FL 34242

**Via CM/ECF**

JOHN A. BARRY
Florida Bar No.: 671541
200 South Orange Avenue
Mail Code: Fl-Orlando-2034
Orlando, Florida 32801
Telephone: (407) 237-4640

*Attorney for Garnishee Suntrust Bank*